UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JOSEPH PULIZZANO,<br><br>Petitioner,<br><br>v.<br><br>THE STATE OF CALIFORNIA, et al.,<br><br>Respondent. | Case No. 19-cv-03413-PJH<br><br>**ORDER OF TRANSFER** |

This is a habeas case filed pro se by a state prisoner. Petitioner challenges a conviction obtained in Tehama County Superior Court. Tehama County is in the venue of the United States District Court for the Eastern District of California. Petitioner is incarcerated in the Southern District of California.

Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d). This district is neither. Because petitions challenging a conviction are preferably heard in the district of conviction, Habeas L.R. 2254-3(a); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968), and petitioner was convicted in the Eastern District of California, this case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a); Habeas L.R. 2254-3(b).

**IT IS SO ORDERED.**

Dated: August 29, 2019

PHYLLIS J. HAMILTON
United States District Judge